# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARJUAN JOHNSON,<br><br>Defendant. | 2:09-CR-158 JCM (RJJ) |

### ORDER

Presently before the court is the matter of *United States of America v. Marjuan Johnson,* (2:09-cr-00158-JCM-RJJ).

On July 13, 2010, this court held a hearing for revocation of supervised release as to defendant Johnson. The government and the U.S. probation department requested that the revocation and sentencing disposition be continued for a few weeks to allow Mr. Johnson to reside in the halfway house C.A.R.E. program.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Johnson reside in a residential re-entry center (C.A.R.E program) for a period of **7 months**. It is further ordered that all previous conditions and terms of release will stay in place.

DATED July 16, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**